1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA ALLISON, #179741
    Assistant for the Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA 95814
4   Tel: 916-498-5700  Fax: 916-498-5710

5   Attorneys for Defendant
    THIEN HICKS
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 2:19-cr-0056-WBS
                                     )
12          Plaintiff,               )  AMENDED STIPULATION AND TO
                                     )  CONTINUE STATUS CONFERENCE
13              v.                   )
                                     )
14  THIEN HICKS,                     )  Date:  May 6, 2019
                                     )  Time:  9:00 a.m.
15          Defendant.               )  Judge: Hon. William B. Shubb
                                     )
16  _____ )

17

18          IT IS HEREBY STIPULATED between the parties through their respective counsel,

19  Assistant United States Attorney QUINN HOCHHALTER and Assistant Federal Defender

20  LINDA C. ALLISON attorney for THIEN HICKS, that the status conference currently scheduled

21  for May 6, 2019, be continued to June 24, 2019 at 9:00 a.m.

22          The reason for the continuance is that the defense counsel needs additional time to review

23  the discovery with her client, continue with an investigation and discuss plea negotiations with

24  the government.

25          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26  excluded of this order's date through and including June 24, 2019;  pursuant to 18 U.S.C. §3161

27  ///

28
                                        -1-

(h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  April 29, 2019                                    Respectfully submitted,

                                                         HEATHER WILLIAMS
                                                         Federal Defender

                                                         /s/Linda Allison
                                                         LINDA ALLISON
                                                         Assistant to the Federal Defender
                                                         Attorneys for Defendant
                                                         THIEN HICKS


Dated:  April 29, 2019                                    McGREGOR W. SCOTT
                                                         United States Attorney

                                                         /s/ Linda C. Allison for
                                                         QUINN HOCHHALTER
                                                         Assistant United States Attorney


O R D E R

The status conference scheduled for May 6, 2019, is continued to June 24, 2019, at the request of the parties and for the reasons stated above.   The Court further finds that the need for counsel to investigate new information warrants an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv) from the date of this order through and including June 24, 2019.  The Court finds that the ends of justice to be served by a continuance outweigh the best interests of Mr. Hicks' and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  May 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE