McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THIEN HICKS,<br><br>Defendant. | CASE NO. 2:19-CR-56 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: June 24, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 24, 2019.

2. By this stipulation, defendant now moves to continue the status conference until July 8, 2019 at 9:00 a.m., and to exclude time between June 24, 2019, and July 8, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and related documents in electronic form, as well as audio files. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to conduct investigation and

| | |
|---|---|
| 1 | research related to the charges, to discuss potential resolutions with her client, and to otherwise |
| 2 | prepare for trial. |
| 3 |     c)    Counsel for defendant believes that failure to grant the above-requested |
| 4 | continuance would deny him the reasonable time necessary for effective preparation, taking into |
| 5 | account the exercise of due diligence. |
| 6 |     d)    The government does not object to the continuance. |
| 7 |     e)    Based on the above-stated findings, the ends of justice served by continuing the |
| 8 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 9 | original date prescribed by the Speedy Trial Act. |
| 10 |     f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 11 | et seq., within which trial must commence, the time period of June 24, 2019 to July 8, 2019, |
| 12 | inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] |
| 13 | because it results from a continuance granted by the Court at defendant's request on the basis of |
| 14 | the Court's finding that the ends of justice served by taking such action outweigh the best interest |
| 15 | of the public and the defendant in a speedy trial. |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 21, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: June 21, 2019

/s/ Quinn Hochhalter
   for Linda Allison
LINDA ALLISON
Counsel for Defendant
THIEN HICKS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: June 21, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE