McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-56 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| THIEN HICKS, | DATE: July 8, 2019 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 8, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until July 15, 2019, and to exclude time between July 8, 2019, and July 15, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports, photographs, and related documents in electronic form, as well as audio files. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b)    Counsel for defendant desires additional time to conduct investigation and

2 research related to the charges, to discuss potential resolutions with her client, and to otherwise

3 prepare for trial.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5 continuance would deny him the reasonable time necessary for effective preparation, taking into

6 account the exercise of due diligence.

7    d)    The government does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by continuing the

9 case as requested outweigh the interest of the public and the defendant in a trial within the

10 original date prescribed by the Speedy Trial Act.

11    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12 et seq., within which trial must commence, the time period of July 8, 2019 to July 15, 2019,

13 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14 because it results from a continuance granted by the Court at defendant's request on the basis of

15 the Court's finding that the ends of justice served by taking such action outweigh the best interest

16 of the public and the defendant in a speedy trial.

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1     4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4          IT IS SO STIPULATED.

5

6    Dated:  July 2, 2019                                McGREGOR W. SCOTT
                                                          United States Attorney
7

8                                                         /s/ QUINN HOCHHALTER
                                                          QUINN HOCHHALTER
9                                                         Assistant United States Attorney

10

11   Dated:  July 2, 2019                                /s/ Quinn Hochhalter for Linda
                                                          Allison
12                                                        LINDA ALLISON
                                                          Counsel for Defendant
13                                                        THIEN HICKS

14

15                              **FINDINGS AND ORDER**

16          IT IS SO FOUND AND ORDERED.

17     Dated:  July 2, 2019

18                                                        WILLIAM B. SHUBB
                                                          UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28