| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA ALLISON, #179741 |
| | Assistant for the Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700  Fax: 916-498-5710 |
| | Linda_allison@fd.org |

Attorneys for Defendant
THIEN HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-0056-WBS |
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER TO SENTENCING AND PRESENTENCE REPORT DATES |
| v. | |
| THIEN HICKS, | Date: October 7, 2019 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney QUINN HOCHHALTER and Assistant Federal Defender LINDA C. ALLISON attorney for THIEN HICKS, that the sentencing hearing currently scheduled for October 7, 2019, be continued to November 4, 2019 at 9:00 a.m.

The reason for the continuance is that the defense counsel will be out of the country until October 4, 2019 and will need additional time review the presentence report with her client and to file her objections to the presentence investigation report.

The new schedule for Presentence report shall be as follows:

Objections to the Presentence report due:         October 7, 2019

Final Presentence report:                                    October 14, 2019

-1-

| | | |
|---|---|---|
| Motion to correct the presentence report: | | October 21, 2019 |
| Reply statement of non-opposition due: | | October 28, 2019 |

United State Probation Officer Janice Slusarenko has no objection to the new schedule.

DATED: September 12, 2019	Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/Linda Allison
LINDA ALLISON
Assistant to the Federal Defender
Attorneys for Defendant
THIEN HICKS

Dated: September 12, 2019	McGREGOR W. SCOTT
United States Attorney

/s/ Linda C. Allison for
QUINN HOCHHALTER
Assistant United States Attorney

O R D E R

The sentencing hearing scheduled for October 7, 2019, is continued to November 4, 2019 at 9:00 a.m. and the presentence report schedule is hereby modified as set above at the request of the parties and for the reasons stated above.

IT IS SO ORDERED.

Dated: September 13, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE