HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710
Linda_allison@fd.org

Attorneys for Defendant
THIEN HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-0056-WBS |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND |
| | ) [~~PROPOSED~~] ORDER TO SENTENCING AND |
| v. | ) PRESENTENCE REPORT DATES |
| THIEN HICKS, | ) |
| | ) Date:   November 4, 2019 |
| Defendant. | ) Time:   9:00 a.m. |
| | ) Judge:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney QUINN HOCHHALTER and Assistant Federal Defender LINDA C. ALLISON attorney for THIEN HICKS, that the sentencing hearing currently scheduled for November 4, 2019, be continued to December 9, 2019 at 9:00 a.m.

The reason for the continuance is that the defense counsel need additional time to review the final presentence report with her client and to file her sentencing memorandum.

The new schedule for Presentence report shall be as follows:

Motion to correct the presentence report:            November 25, 2019

Reply statement of non-opposition due:            December 2, 2019

United State Probation Officer Janice Slusarenko has no objection to the new schedule.

-1-

| | |
|---|---|
| DATED: October 29, 2019 | Respectfully submitted,<br><br>HEATHER WILLIAMS<br>Federal Defender<br><br>/s/Linda Allison<br>LINDA ALLISON<br>Assistant to the Federal Defender<br>Attorneys for Defendant<br>THIEN HICKS |
| Dated: October 29, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Linda C. Allison for<br>QUINN HOCHHALTER<br>Assistant United States Attorney |

O R D E R

The sentencing hearing scheduled for November 4, 2019, is continued to December 9, 2019 and the presentence report schedule is hereby modified as set above at the request of the parties and for the reasons stated above.

IT IS SO ORDERED.

Dated: November 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE